# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES :
:
vs. : Criminal No: 2:10-cr-00147-JLS-3
:
MIKE KNOX :

## Order

AND NOW, this 12th day of July, 2019, it is hereby ORDERED that Defendant Mike Knox's Defendant's Motion for Permission to Travel or to Modify Supervised Release Conditions is GRANTED. It is hereby ORDERED that:

1. Defendant may work as a music entertainer.

2. Any facility in which Defendant is housed shall permit him to do so in compliance with this Order and with any such facility's policies.

3. Defendant may travel to the corporate offices of his record label, G Unit Records, which are located at 264 West 40th Street, New York, NY, in the course of his employment with G Unit Records.

4. Defendant may travel to any location at which he is performing, shooting a music video, or promoting his work as a music entertainer.

5. Defendant must provide a weekly schedule of his movements to his probation officer in advance of traveling for his work. Defendant's supervising officer may request appropriate documentation of any need for Defendant to travel outside of the Eastern District of Pennsylvania. The probation officer may prohibit Defendant from leaving the Eastern District of Pennsylvania if the supervising officer reasonably determines that any such travel is not related to Defendant's work as a music entertainer.

6. All other release conditions shall remain.

BY THE COURT:

_____
SCHMEHL, J.